**JASON G. REVZIN**
Nevada Bar No. 008629
jason.revzin@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
*Counsel for Trans Union LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA VOSIKA,<br><br>     Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, INNOVIS LLC, AND WELLS FARGO HOME MORTGAGE,<br><br>     Defendants. | Case No. 2:18-cv-01202-JCM-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Maria Vosika ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On July 2, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is July 27, 2018. Good cause exists for this extension as the allegations in Plaintiff's Complaint involve her Chapter 13 Bankruptcy filed in 2014, and Trans Union's reporting of a tradeline during Plaintiff's bankruptcy through July 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claim, and Trans Union's counsel will need additional time to review Trans Union's documents and respond to the allegations in the Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including August 17, 2018. This is the first

stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 18th day of July, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jason G. Revzin*
_____
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Email: Jason.revzin@lewisbrisbois.com
Counsel for Trans Union LLC


**KNEPPER & CLARK, LLC**
**HAINES & KRIEGER, LLC**

/s/ *Miles N. Clark*
_____
Matthew I. Knepper
Nevada Bar No. 12796
Miles N. Clark
Nevada Bar. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile:  (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
and
David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Email: dkrieger@hainesandkrieger.com
Counsel for Plaintiff

**<u>ORDER</u>**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated  July 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE