| | |
|---|---|
| 1 | Kelly H. Dove, Esq. |
| | Nevada Bar No. 10569 |
| 2 | Tanya N. Lewis, Esq. |
| | Nevada Bar No. 8855 |
| 3 | SNELL & WILMER L.L.P. |
| | 3883 Howard Hughes Parkway, Suite 1100 |
| 4 | Las Vegas, NV 89169 |
| | Telephone: (702) 784-5200 |
| 5 | Facsimile: (702) 784-5252 |
| | Email: kdove@swlaw.com |
| 6 | tlewis@swlaw.com |
| 7 | *Attorneys for Defendant* |
| | *Wells Fargo Bank, N.A.* |
| 8 | *(incorrectly sued as* |
| | *Wells Fargo Home Mortgage)* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA VOSIKA, | Case No. 2:18-cv-01202-JCM-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| EQUIFAX INFORMATION SERVICES, LLC, TRANSUNION, LLC, INNOVIS LLC, WELLS FARGO HOME MORTGAGE, | **(FIRST REQUEST)** |
| Defendants. | |

It is hereby stipulated by and between Plaintiff Maria Vosika ("Plaintiff"), through her attorney, Haines & Krieger, LLC and Knepper & Clark, LLC, and Defendant Wells Fargo Bank, N.A. (incorrectly sued as Wells Fargo Home Mortgage) ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

In the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **August 24, 2018**, in which to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but is intended so

that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

DATED this 23rd day of July, 2018.

| KNEPPER & CLARK LLC | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Miles Clark*<br>Matthew I. Knepper (NV Bar No. 12796)<br>Miles N. Clark (NV Bar No. 13848)<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>*(signed with permission)*<br><br>*Attorneys for Plaintiffs Maria Vosika* | By: */s/ Tanya N. Lewis*<br>Kelly H. Dove (NV Bar No. 10569)<br>Tanya N. Lewis (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A.*<br>*(incorrectly sued as*<br>*Wells Fargo Home Mortgage)* |

**ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before August 24, 2018.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED July __24__, 2018.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
*(incorrectly sued as*
*Wells Fargo Home Mortgage)*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: July 23, 2018

*/s/ Susan Ballif*
An Employee of SNELL & WILMER L.L.P.

4826-5670-7693