1 **JASON G. REVZIN**
Nevada Bar No. 008629
2 jason.revzin@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
3 6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
4 (702) 893-3383
(702) 893-3789 Fax
5 *Counsel for Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA VOSIKA,<br><br>               Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, INNOVIS LLC, AND WELLS FARGO HOME MORTGAGE,<br><br>               Defendants. | Case No. 2:18-cv-01202-JCM-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

Plaintiff Maria Vosika ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On July 2, 2018, Plaintiff filed her Complaint. Trans Union filed the first Joint Stipulation and Order Extending Defendant Trans Union LLC's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint on July 18, 2018. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is August 17, 2018. Plaintiff and Trans Union are actively engaged in settlement discussions and the additional time will allow the parties to see if settlement at this early stage can be accomplished.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including August 27, 2018. This is the second stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

| | |
|---|---|
| Dated this 15th day of August 2018. | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| | /s/ *Jason G. Revzin* |
| | Jason G. Revzin<br>Nevada Bar No. 8629<br>6385 South Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Telephone: (702) 893-3383<br>Facsimile: (702) 893-3789<br>Email: Jason.revzin@lewisbrisbois.com<br>Counsel for Trans Union LLC |
| | **KNEPPER & CLARK, LLC**<br>**HAINES & KRIEGER, LLC** |
| | /s/ *Matthew I. Knepper* |
| | Matthew I. Knepper<br>Nevada Bar No. 12796<br>Miles N. Clark<br>Nevada Bar. 13848<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Telephone: (702) 825-6060<br>Facsimile: (702) 447-8048<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>and<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Telephone: (702) 880-5554<br>Facsimile: (702) 383-5518<br>Email: dkrieger@hainesandkrieger.com<br>Counsel for Plaintiff |

**ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond up to and including August 27, 2018 is so ORDERED AND ADJUDGED.

Dated this 17 day of August, 2018.

_____
CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

4824-2323-4160.1
[2592738v1]

2

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Matthew I. Knepper<br>matthew.knepper@knepperclark.com<br>Miles N. Clark<br>miles.clark@knepperclark.com<br>Knepper & Clark, LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>(702) 825-6060<br>(702) 447-8048 Fax<br>and<br>David H. Krieger<br>dkrieger@hainesandkrieger.com<br>Haines & Krieger, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>(702) 88-5554<br>(702) 383-5518 Fax<br>***Counsel for Plaintiff*** | Jennifer L. Braster<br>jbraster@naylorandbrasterlaw.com<br>Andrew J. Sharples<br>asharples@naylorandbrasterlaw.com<br>Naylor & Braster<br>1050 Indigo Dr., Suite 200<br>Las Vegas, NV 89145<br>(702) 420-7000<br>(702) 420-7001 Fax<br>and<br>Katherine A. Neben<br>kneben@jonesday.com<br>Jones Day<br>3161 Michelson Drive<br>Irvine, CA 92612<br>(949) 851-3939<br>(949) 553-7539 Fax<br>***Counsel for Experian Information Solutions, Inc.***<br><br>Kelly H. Dove<br>kdove@swlaw.com<br>Tanya N. Lewis<br>tpeters@swlaw.com<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>(702) 784-5200<br>(702) 784-5252 Fax<br>***Counsel for Wells Fargo Home Mortgage*** |

| | |
|---|---|
| 1 | And I hereby certify that I have mailed by United States Postal Service the above |
| 2 | foregoing document to the following non-CM/ECF participants: |
| 3 | Lauren Grondin<br>250 E. Broad Street |
| 4 | Columbus, OH 43215<br>***Counsel for Innovis LLC*** |

                          */s/ **Anne Cordell***
                            **An Employee of**
                 **LEWIS BRISBOIS BISGAARD & SMITH LLP**