**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
COUNSEL FOR DEFENDANT TRANS UNION LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA VOSIKA,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, INNOVIS LLC, AND WELLS FARGO HOME MORTGAGE,<br><br>Defendants. | Case No. 2:18-cv-01202-JCM-CWH<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Maria Vosika ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Trans Union's Time to Respond to Plaintiff's First Amended Complaint ("Amended Complaint").

On September 7, 2018, Plaintiff filed her Amended Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Amended Complaint is September 21, 2018. Trans Union needs additional time to review the documents and respond to the allegations in Plaintiff's Amended Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Amended Complaint up to and including October 12, 2018.

This request is being made in good faith and is not made for any purpose of undue delay.

Dated this 21st day of September, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**KNEPPER & CLARK LLC; HAINES & KRIEGER, LLC**

*/s/ Matthew I. Knepper*
Matthew I. Knepper, Nevada Bar No. 12796
Miles N. Clark, Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite170-109
Las Vegas, NV 89129
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
 and
David H. Krieger, Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

**CASE NO. 2:18-CV-01202-JCM-CWH**

**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF MARIA VOSIKA'S FIRST AMENDED COMPLAINT (FIRST REQUEST)**

4847-7634-1363.1

2

Dated this 21st day of September, 2018

**NAYLOR & BRASTER; JONES DAY**

*/s/ Jennifer Braster*
--------------------------------
Jennifer Braster, Nevada Bar No. 9982
Andrew J. Sharples, Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 4207001
Email: jbraster@naylorandbrasterlaw.com
Email: asharples@naylorandbrasterlaw.com

 and

Katherine A. Neben, Nevada Bar No. 14590
3161 Michelson Drive
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
Email: kneben@jonesday.com
*Counsel for Experian Information Solutions, Inc.*

**SNELL & WILMER LLP**

*/s/ Tanya N. Lewis*
--------------------------------
Kelly H. Dove, Nevada Bar No. 10569
Tanya N. Lewis, Nevada Bar No. 8855
3883 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
Email: tlewis@swlaw.com
*Counsel for Wells Fargo Home Mortgage*

**CASE NO. 2:18-CV-01202-JCM-CWH**
**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF MARIA VOSIKA'S FIRST AMENDED COMPLAINT (FIRST REQUEST)**

Defendant Innovis LLC has recently settled with Plaintiff and has not retained local counsel. On September 21, 2018, counsel for Innovis LLC provided regional counsel for Trans Union LLC her consent to the Stipulation.

Dated this 21st day of September, 2018    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jason G. Revzin*
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Email: Jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff Maria Vosika's Amended Complaint up to and including October 12, 2018 is so ORDERED AND ADJUDGED.

Dated September 25, 2018

_____
UNITED STATES MAGISTRATE JUDGE

**CASE NO. 2:18-CV-01202-JCM-CWH**
**STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF MARIA VOSIKA'S FIRST AMENDED COMPLAINT (FIRST REQUEST)**