UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIA VOSIKA,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, LLC, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:18-CV-1202 JCM (CWH)<br><br>ORDER |

Presently before the court is the matter of *Vosika v. Experian Information Solutions, Inc et al*, case number 2:18-cv-01202-JCM-VCF.

On September 26, 2018, plaintiff Maria Vosika filed a notice of settlement with defendant Trans Union LLC, ("Trans Union") requesting that the court vacate all pending dates and filing requirements and set a deadline of sixty (60) days to file a stipulation of dismissal as to defendant Trans Union. (ECF No. 32).

In light of the foregoing, plaintiff and Trans Union are instructed to submit a joint status report or stipulation of dismissal within sixty (60) days of the date of this order. Failure to submit a joint status report may result in dismissal of this case for want of prosecution.

Additionally, the court will deny Trans Union's motion to dismiss (ECF No. 20) without prejudice to Trans Union's ability to renew its motion should the settlement not materialize.

Accordingly,

IT IS SO ORDERED.

DATED September 28, 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**