Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA VOSIKA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; INNOVIS LLC; and WELLS FARGO HOME MORTGAGE,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01202-JCM-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO ALL REMAINING PARTIES WITH PREJUDICE** |

Plaintiff Maria Vosika and Defendants Experian Information Solutions, Inc, Trans Union LLC, and Wells Fargo, N.A., incorrectly sued as Wells Fargo Home Mortgage, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed.

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO ALL REMAINING PARTIES WITH PREJUDICE - 1

R. Civ. P. 41(a)(2) as to **all remaining parties, with prejudice.** Each party shall bear its own its own attorney's fees and costs of suit.

Dated January 3, 2019.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Matthew I. Knepper*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER, LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **NAYLOR & BRASTER**<br><br>/s/ *Andrew J. Sharples*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br><br>**JONES DAY**<br>Katherine A. Neben, Esq.<br>Nevada Bar No. 14590<br>Email: kneben@jonesday.com<br><br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br><br>/s/ *Jason G. Revzin*<br>Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>Email: jason.revzin@lewisbrisbois.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* | **SNELL & WILMER LLP**<br><br>/s/ *Tanya N. Lewis*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>Email: kdove@swlaw.com<br>Email: tlewis@swlaw.com<br><br>*Counsel for Defendant*<br>*Wells Fargo Bank, N.A. (incorrectly sued as Wells Fargo Home Mortgage)* |

/ / /

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO ALL REMAINING PARTIES WITH PREJUDICE - 2

*Vosika v. Experian Information Solutions, Inc et al*
Case No. 2:18-cv-01202-JCM-CWH

# ORDER GRANTING

# STIPULATION OF DISMISSAL OF ALL REMAINING DEFENDANTS

# WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED January 4, 2019.

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO ALL REMAINING PARTIES WITH PREJUDICE - 3